Gaston, J.
 

 In the interpretation of wills, it is the clear duty of the court to give effect to each and every part of the
 
 *526
 
 instrument, and, if it be possible, to reconcile all seeming re-pugnances between its different provisions. As (he instrument is an entire act, intended to operate altogether and at ^ sam0 moment. it is not to be admitted, unless the conclusion be irresistible, that the testator had two inconsistent intents, and has left a declaration of both these inconsistent intents, as constituting a law for the disposition of his property. Now nothing can be more explicit than the language of the testator in the gift to his brother’s widow. Doubting, indeed, whether he was the heir of the deceased brother or not, and therefore cautiously abstaining from calling any part of that property
 
 his,
 
 but describing it simply as “the estate of his brother Philemon,” “ho declares nevertheless again and again, that if he be the heir to the estate of his brother, then he gives all his right and interest therein, and every part thereof, to his brother’s' widow, so that she shall heir the same and every part thereof, real and personal.— When'the testator subsequently proceeds to give directions with respect to the disposal of what he calls
 
 '■'■my
 
 lot or tract of land whereon Charlotte Detherage lives,” it is impossible to suppose that he had forgotten the gift made to his brother’s widow of his brother’s moiety of that land, so far as he had or could pretend any right or interest therein, and it is exceedingly improbable that he meant to recaí it either in whole or in part. Now the two dispositions are perfectly reconciled by understanding the testator, when using
 
 the
 
 phrase
 
 “my
 
 lot or tract of land,” as designating that which was
 
 his
 
 certainly as contradistinguished from that moiety or lot, which he had already disposed of “ as his
 
 .brother's
 
 estate,” and in respect to which he doubted whether it was his The bill we think must be dismissed with costs. or not.
 

 Per Curiam. Decreed accordingly.